UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 1:13-cr-1 |
| vs. | ) | |
| | ) | |
| JOHN LEWIS MILLS | ) | COLLIER/CARTER |

MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on April 22, 2013, in accordance with Rule 46(c) of the Federal Rules of Criminal Procedure and 18 U.S.C. §§ 3143 and 3148 on the Petition for Action on Conditions of Pretrial Release. Those present for the hearing included:

(1) AUSA Scott Winne for the USA.
(2) The defendant, JOHN LEWIS MILLS.
(3) Attorney Lee Davis for defendant.
(4) U.S. Probation Officer Christa Heath.
(5) Deputy Clerk Kelli Jones.

After being sworn in due form of law the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

The government moved for detention. U.S. Probation Officer Christa Heath did not recommend continued release. The defendant conceded the violations of pretrial release as alleged. Based on the defendant's violations and recommendation of U.S. Probation Officer Christa Heath, I conclude the defendant has violated his conditions and he must therefore be DETAINED without bond pending the May 9, 2013 sentencing hearing.

SO ORDERED.

ENTER.

*S/William B. Mitchell Carter*
UNITED STATES MAGISTRATE JUDGE